IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARSELIA DOMINGUEZ, Individually and as Representative of the Estate of LUZ ELENA DOMINGUEZ, Deceased and as Next of ALISON JIMENEZ, ALYN JSELYN DOMINGUEZ and ARELI JALEAH DOMINGUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>MIDWEST CARRIER, INC., MOHAMED DAHIR and GREAT DANE TRAILERS, INC.<br><br>Defendants. | §§§§§§§§§§§§§§§§<br><br>NO. 2:12-CV-00822<br><br>(JURY) |

### CRA TRAILERS, INC.'S RULE 7.1 DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW CRA Trailers, Inc., ("CRA Trailers," f/k/a and improperly named Great Dane Trailers, Inc., herein), Defendant in the above entitled and numbered cause, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files this its Corporate Disclosure Statement and Certificate of Interested Persons.

1. Great Dane Trailers, Inc. (n/k/a CRA Trailers, Inc.) is a Defendant in this litigation and, accordingly, has a financial interest in the outcome of this litigation.

2. Arselia Dominguez, A.J., A.J.D., and A.J.D., are Plaintiffs in this litigation and, accordingly, have a financial interest in the outcome of this litigation.

3. Joe Fisher, Bar No. 00787471, of Provost Umphrey Law Firm, L.L.P, 490 Park Street, P.O. Box 4905, Beaumont, Texas 77704, is the attorney of record for the Plaintiffs in this litigation, and, accordingly, has a financial interest in the outcome of this litigation.

4. Great Dane Limited Partnership, a Delaware limited partnership, has a potential financial interest in the outcome of this litigation.

5. Great Dane Limited Partnership is comprised of the following entities:  Dane Acquisition Corp.; Pines Trailer Corporation; Henry Crown and Company (Not Incorporated); and Trailer Investors, L.P.

6. There is no parent corporation or publicly held corporation that owns 10% or more of the stock of Dane Acquisition Corp. or Pines Trailer Corporation.

7. The partners of Henry Crown and Company (Not Incorporated) and Trailer Investors L.P. are comprised of some 180 (plus or minus depending on counting of duplicates) individuals, trusts and trustees of trusts, and limited liability companies, namely DLH Family Investments LLC, a Delaware limited liability company, PC Family Investments LLC, a Delaware limited liability company, and Longview Trust Company LLC, a South Dakota limited liability company.  These persons, trusts and limited liability companies and their members are citizens of one of the following states:  Illinois, California, Delaware, South Dakota, Colorado, Arizona, Massachusetts, and New York.  None of the partners or members of partners are citizens of Texas.

8. CRA Trailers is unaware of any other unrelated persons, estates, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

        Respectfully submitted,


        */s/ Aaron J. Burke*
        **KYLE H. DREYER**
        (Attorney-in-Charge)
        State Bar No. 06119500
        **AARON J. BURKE**
        State Bar No. 24073977
        **HARTLINE DACUS BARGER DREYER LLP**
        6688 North Central Expressway, Suite 1000
        Dallas, Texas 75206
        (214) 369-2100
        (214) 369-2118 (fax)

        **ATTORNEYS FOR DEFENDANT CRA TRAILERS, INC.**


## CERTIFICATE OF SERVICE

  On December 27, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


        /s/ *Aaron J. Burke*