IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARSELIA DOMINGUEZ, Individually and as Representative of the Estate of LUZ ELENA DOMINGUEZ, deceased and as Next Friend of ALISON JIMENEZ, ALYN JOSELYN DOMINGUEZ and ARELI JALEAH DOMINGEZ | § § § § § § | |
| | § | C.A. NO. 2:12-cv-00822 |
| VS. | § § § | |
| MIDWEST CARRIER, INC. and MOHAMED DAHIR | § § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

NOW COMES Plaintiffs', ARSELIA DOMINGUEZ, Individually and as Representative of the Estate of LUZ ELENA DOMINGUEZ, deceased and as Next Friend of ALISON JIMENEZ, ALYN JOSELYN DOMINGUEZ, and ARELI JALEAH DOMINGUEZ ("Plaintiffs"), together with Defendants MIDWEST CARRIERS, INC. AND MOHAMED DAHIR ("Defendants"), by and through their undersigned counsel, and submits this Joint Motion Joint Motion to Stay All Deadlines and Notice of Settlement.

In support of this Motion, the parties would show unto this Court:

1. All matters in controversy between parties have been settled, in principle, and requests that the Court stay the unreached deadlines and trial proceedings for thirty (30) days, so that appropriate dismissal papers may be submitted.

2. This request is not made for the purpose of delay but in good faith and in the interest of the Court's docket and resources.

WHEREFORE, Plaintiffs', ARSELIA DOMINGUEZ, Individually and as Representative of the Estate of LUZ ELENA DOMINGUEZ, deceased and as Next Friend of ALISON

1

JIMENEZ, ALYN JOSELYN DOMINGUEZ, and ARELI JALEAH DOMINGUEZ ("Plaintiffs"), together with Defendants MIDWEST CARRIERS, INC. AND MOHAMED DAHIR, respectfully request that this Court stay the current deadlines and court proceedings for thirty (30) days.

DATED: September 5, 2014.

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**

By: /s/ Joe Fisher, II
Joe Fisher, II (Attorney-In-Charge)
State Bar No. 00787471
490 Park Street
PO Box 4905
Beaumont, Texas 77704
(409) 835-6000; Fax: (409) 838-8888
jfisher@provostumphrey.com

**ATTORNEYS FOR PLAINTIFFS**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: /s/ William R. Moye

William R. Moye
Andrew J. McCluggage
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 Fax: (713) 403-8299
WMoye@thompsoncoe.com
AMcCluggage@thompsoncoe.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been sent to all known counsel of record and/or parties of record via the CM/ECF System to counsel listed below pursuant to the Federal Rules of Civil Procedure on the 5th day of September, 2014.

THOMPSON, COE, COUSINS & IRONS, L.L.P.
William R. Moye
Andrew J. McCluggage
One Riverway, Suite 1400
Houston, Texas 77056

          /s/ Joe J. Fisher, II
          JOE J. FISHER, II